CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

J.T. Fox, Esq., SBN 195063
LAW OFFICES OF JT FOX, APC
556 S. Fair Oaks Ave., No. 444
Pasadena, CA 91105
(888) 750-5530 Work
(888) 750-5530 Fax
E-Mail: jt@jtfoxlaw.com
Attorneys for Defendants
GP Haiem, Inc. and 1562 Cahuenga BLV Bar, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　Plaintiff,<br>v.<br><br>GP HAIEM, INC., a California Corporation; 1562 CAHUENGA BLV BAR, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:20-cv-07281-FMO-RAO<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

　　　　Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

1 | Dated: January 12, 2021     CENTER FOR DISABILITY ACCESS

2

3                          By:     /s/ Amanda Seabock
                                       Amanda Seabock

4                                        Attorneys for Plaintiff

5

6 | Dated: January 12, 2021     LAW OFFICES OF JT FOX, APC

7

8

9                          By:     /s/ J.T. Fox
                                       J.T. Fox

10                                     Attorneys for Defendants

11                                     GP Haiem, Inc. and 1562
                                    Cahuenga BLV Bar, LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to J.T. Fox, counsel for GP Haiem, Inc. and 1562 Cahuenga BLV Bar, LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: January 12, 2021        CENTER FOR DISABILITY ACCESS

                               By:    /s/ Amanda Seabock
                                      Amanda Seabock
                                      Attorneys for Plaintiff